**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 10, 2013.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00834-CV

---

## IN RE ZAHIR QUERISHI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 86707**

---

## MEMORANDUM OPINION

On September 25, 2013, relator Zahir Querishi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Michael Schneider, presiding judge of the 315th District Court of Harris County, to rule on his "Motion to Compel Issuance of Citation," which was filed in the trial court on or about February 4, 2013. Relator also filed a motion to suspend our rules and a motion to take judicial notice of two earlier original proceedings.

Relator has not established his entitlement to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus, motion for suspension of rules, and motion to take judicial notice.

PER CURIAM

Panel consists of Justices Christopher, McCally, and Busby.